**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SELENE COMMUNICATION TECHNOLOGIES, LLC, | )<br>)<br>) |
| Plaintiff, | ) C.A. No. 14-431-LPS<br>) |
| v. | ) **JURY TRIAL DEMANDED**<br>) |
| EXTREME NETWORKS, INC., and ENTERASYS NETWORKS, INC. | )<br>)<br>) |
| Defendants. | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Selene Communication Technologies, LLC ("Plaintiff") and Defendants Extreme Networks, Inc. and Enterasys Networks, Inc. (collectively, "Defendants"), having resolved Plaintiff's claims for relief against Defendants, hereby stipulate to dismiss Plaintiff's claims for relief against Defendants with prejudice.  Plaintiff and Defendants will each bear their own costs and fees related to the above captioned matter and each waive the right to make a claim against the other for such costs, attorney's fees or any other expenses associated with the matters being resolved here.

2

November 20, 2014

| | |
|---|---|
| BAYARD, P.A. | O'KELLY ERNST & BIELLI, LLC |
| */s/ Stephen B. Brauerman* | */s/ Sean T. O'Kelly* |
| Richard D. Kirk (#922) | Sean T. O'Kelly (#4349) |
| Stephen B. Brauerman (#4952) | Daniel P. Murray (#5785) |
| Vanessa R. Tiradentes (#5398) | 901 North Market Street |
| Sara E. Bussiere (#5725) | Suite 1000 |
| 222 Delaware Avenue, Suite 900 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 778-4000 |
| rkirk@bayardlaw.com | sokelly@oeblegal.com |
| sbrauerman@bayardlaw.com | dmurray@oeblegal.com |
| vtiradentes@bayardlaw.com | |
| sbussiere@bayardlaw.com | *Attorneys for Defendants Extreme Networks, Inc. and Enterasys Networks, Inc.* |
| *Attorneys for Plaintiff Selene Communication Technologies, LLC* | |

    IT IS SO ORDERED this_____ day of November 2014.

                _____
                United States District Judge